## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**ATTACHMENT 1**

**PLAINTIFF'S NAME**
Trina Tatum
336 Adams St Boston Ma 02122

v.

Beth Israel Medical Center
330 Brookline Ave
Boston, Ma 02215
Defendant's Name

**CIVIL ACTION**

**NO.** _____

## COMPLAINT

### Parties

1.  The plaintiff is a resident of your town, your county, Massachusetts and a
    citizen of the United States.

2.  The defendant Harry Houdini is a resident of East Overshoe and a citizen of
    the United States.

3.  The defendant Hazel Houdini is a resident of East Overshoe and a citizen of
    the United States.

### Jurisdiction

4.  This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

### Facts

5.   On July 4, 1999, Harry Houdini and Hazel Houdini entered into a contract
     with the Plaintiff, whereby the Houdinis agreed to............

6.   Facts continued..........

7.   Facts continued.............

8.   The last paragraphs should state the relief you are seeking.

9.   WHEREFORE, the Plaintiff demands judgment against the defendants for
     damages and such other relief as this Court deems just.

10.  If the plaintiff wants a trial by jury, it must be requested by the plaintff.

11.  The plaintiff demands a trial by jury.

Signature

Name ROBERT THE RABBIT

Address     123 BUNNY LANE

            Boston, Massachusetts 00000

Telephone #_____

(Att1-complaint.wpd)

14-BEM01551

# STEP BY STEP

**A SIMPLE GUIDE TO FILING A CIVIL ACTION**



**IN THE**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**MARCH 27, 2006**

## STEP BY STEP

## A Simple Guide to Filing a Civil Action

You believe that you have been injured or wronged by someone, some individual, corporation or government agency. You also believe you should be compensated for the harm you have suffered. In order to accomplish this, you have decided to file a civil suit in the United States District Court, without the help of an attorney.

### FUNDAMENTAL INFORMATION

First, there are a few simple concepts you must get to know and understand.

The **PLAINTIFF** is the person who files the lawsuit.

The **DEFENDANT** is the person who is being sued.

If the you are representing yourself without the benefit of an attorney, you are known as a **PRO SE LITIGANT**. "Pro Se" is a Latin term meaning "for yourself."

As a pro se litigant, you enjoy every right entitled to you under the law. You need not worry if you have had little or no experience with the courts before. However, pro se litigants are expected to follow/abide by the rules that govern the practice of law in the Federal Courts. Pro Se Litigants should be familiar with the Federal Rules of Civil Procedure and the Local Rules of this court. The Local Rules are available In the Clerk's Office or on the Court's website - www.mad.uscourts.gov. The Federal Rules can be accessed in any law library or through the Federal Judiciary's website - www.uscourts.gov.

### FEDERAL COURT vs STATE COURT

There is a difference between State Court and Federal Court. The difference being in what types of cases (law suits) they can decide. This is called **JURISDICTION**. State Court has general/broad jurisdiction, and Federal Court has limited/specific jurisdiction. Under Federal Court jurisdiction, the two main types of cases are Federal Question Cases (see 28 U.S.C. § 1331) and Diversity Cases (see 28 U.S.C. § 1332).

FEDERAL QUESTION CASES:     are cases where the issue involves violation of Federal Law.

DIVERSITY CASES:            are cases where the Plaintiff and Defendant are citizens of
                            different states and the amount in controversy exceeds the sum
                            or value of $75,000., exclusive of interest and costs.

## STEP ONE:  WRITE YOUR COMPLAINT

All cases are comprised of documents prepared and filed by litigants. The most common documents are

the complaint, answer and motions. The first document that you must write is called a COMPLAINT -

(Attachment 1). The function of the COMPLAINT is to tell the Court and defendant the reason for filing the

lawsuit and what relief you desire. The COMPLAINT is made up of four main parts:

1.  The NAME AND ADDRESS of the plaintiff and the defendant. These are usually
    listed in the first and second paragraphs respectively. If there is more than one
    defendant, list each defendant's name and address in separate additional
    paragraphs.

2.  The JURISDICTION or reason your case is being filed in this federal court. See 28
    U.S.C. §1331 et seq.

3.  The ALLEGATIONS or claims that you are making against the defendant. Place
    each allegation in a short, clearly-written paragraph. See Rule 10 Federal Rules of
    Civil Procedure

4.  The RELIEF you are seeking from the court. This can be money or something you
    want the judge to make the defendant do or stop doing. This information is usually
    written in the last paragraph of the COMPLAINT.

Please be sure to number each paragraph except for the paragraph that asks the court for relief. If you

believe you are entitled to a trial by jury, you must indicate in a paragraph following the relief requested that you

claim trial by jury. See Rule 38(b) of the Federal Rules of Civil Procedure.

Do not worry that your COMPLAINT is not professionally written. The court will take into consideration

that you are a PRO SE litigant and untrained in drafting legal documents. You should, however, make every

effort to state your case in clear, concise terms. See Rule 8 and 10 of the Federal Rules of Civil Procedure.

Forms for filing a petition under Title 28 U.S.C. §2254 for writ of habeas corpus by a person in state

custody or a motion under Title 28 U.S.C. §2255 to vacate, set aside, or correct sentence by a person in federal

custody are available from the PRO SE clerk.

All pleadings submitted to this court must be on 8 1/2 x 11" paper. See Rule 5.1 of the Local Rules of this Court.

## STEP TWO: FILE YOUR COMPLAINT

Your next step is to file the COMPLAINT with the court. In addition to filing the COMPLAINT, the following forms will have to be completed and submitted with the complaint:

        1.     A Civil Cover Sheet - (Attachment 2)
        2.     A Civil Category Sheet - (Attachment 3)
        3.     A completed SUMMONS for each defendant - (Attachment 4)

You will also have to pay a filing fee of $400.00[1] at the time you file your COMPLAINT and cover sheets. The filing fee for a petition for writ of habeas corpus is $5.00. The filing fee, however, may be waived if you cannot afford to pay it. For more information, see below. All checks or money orders should be made payable to: "CLERK, UNITED STATES DISTRICT COURT".

**IF YOU CANNOT AFFORD TO PAY THE FILING FEE** you may be allowed to have the filing fee waived if you fill out the following form and send it to the court with the COMPLAINT, Cover Sheets and completed Summons forms:

        1.     Application to Proceed Without Prepayment of Fees and Affidavit
              (AO 240 (Rev. 10/03))   (Attachment 5)

When you file the COMPLAINT, Cover Sheets, Summons forms and Application to Proceed Without Prepayment of Fees, each of these will be reviewed and forwarded to a United States District Court Judge for his or her consideration. If your Application is approved, the filing fee will be waived and your case will be drawn to a United States District Judge. If your Application is **not** approved, you must pay the filing fee to have your case filed and drawn to a United States District Judge. Ask the PRO SE clerk for more information on this subject.

**PRISONERS** are now required to pay the full filing fee of $400.00 for civil actions, $5.00 for habeas corpus applications under 28 U.S.C. §2254 and $455.00[2] for appeals *in forma pauperis*. If insufficient funds exist

---

[1] The filing fee for civil action cases was increased from $350.00 to $400.00 effective May 1, 2013.

[2] The filing fee for appeals was increased from $255.00 to $455.00 effective April 9, 2006.

in the prisoner's account, the court must assess and, when funds exist, collect, an initial partial filing fee of 20

percent of the greater of:

      (1)      the average monthly deposits to the prisoner's account; or
      (2)      the average monthly balance in the prisoner's account for the prior six-month period.

      Thereafter, the prisoner will be required to make monthly payments of 20 percent of the preceding

month's income. The agency having custody of the prisoner must forward payments from the prisoner's account

to the clerk of court each time the amount exceeds $10.00 until the filing fees are paid in full. See 28 U.S.C.

§1915 as amended effective April 26, 1996 (Attachment 6 ) regarding proceedings In Forma Pauperis pursuant

to the Prison Litigation Reform Act (Pub. L. No. 104-134, 110 Stat. 1321.)

      A PRISONER who cannot pay the entire filing fee and who is seeking to proceed in forma pauperis must

submit along with the complaint, cover sheet, category sheet and summons:

1.      the Application to Proceed Without Prepayment of Fees and Affidavit form (AO 240 (Rev. 10/03)) with:

      a.      completed certificate portion of the AO 240 form by the institution of incarceration; and

2.      certified copy of the prisoner's trust fund account (or institutional equivalent) for the prior six-month period.

## STEP THREE: JUDICIAL REVIEW OF COMPLAINT

      Once you have submitted all of the necessary papers, the court will review the complaint and other

documents and shall dismiss the case at any time if the court determines that:

1.      the allegation of poverty is untrue;
2.      the action or appeal --
      a.      is frivolous or malicious;
      b.      fails to state a claim on which relief may be granted; or
      c.      seeks monetary relief against a defendant who is immune from such relief.

      The court will also review the prior submissions of prisoners to determine if a prisoner proceeding IFP

has, on three or more occasions, while incarcerated, brought an action or appeal in a federal court that was

dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be

granted. Under the Prison Litigation Reform Act, unless a prisoner is under imminent danger of serious physical

injury, he may not bring a civil action or appeal a judgment in a civil action or proceeding in forma pauperis, if, on

three or more previous occasions, he has brought an action or appeal in a federal court that was dismissed on

the ground that the action or appeal was frivolous, malicious, or failed to state a claim upon which relief could be

granted. In cases in which the prisoner has had three or more previous matters dismissed for one or more of

these reasons, the prisoner must pay the entire filing fee at the time the civil action or appeal is filed or his action

or appeal may be dismissed. See 28 U.S.C. § 1915(g).

Even if your complaint is dismissed, you will still be obligated to pay the full amount of the filing fee.


A copy of Title 28 U.S.C. §1915 - Proceedings *in forma pauperis* as amended is included with this

package. (Attachment 6)


## STEP FOUR: SERVICE OF PROCESS


If your COMPLAINT is filed, your case will be drawn to a District Judge and assigned a civil action

number. The completed SUMMONS (Attachment 4) will be signed and sealed by the clerk and returned to you.


Your next step is to SERVE (inform) each of the defendants that he or she is being sued. This may be

done in two ways:

1.    **NOTICE & REQUEST FOR WAIVER OF SERVICE**

If you are suing the United States (and its agencies, corporations, or officers) or
a state, local or foreign government, you CANNOT use Form AO398 and YOU
MUST arrange for Service of Process (which is described below).

You may notify the defendant(s) of the commencement of the lawsuit by sending a
"NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS"
- Form AO 398 (Attachment 7) and AO 399 (Attachment 8) along with a copy of the
complaint by first-class mail or other reliable means. You must also include a copy of
the Waiver of Service of Summons form - AO 399 and a self addressed return envelope.
See Rule 4(d) of the Federal Rules of Civil Procedure. If service is waived by the
defendant the Waiver of Service form is returned to the plaintiff for filing with the court
and the action shall proceed. If the defendant does not waive service, the plaintiff must
proceed with service of process.

2.    **SERVICE OF PROCESS**

Making "service of process" involves serving a copy of a summons and a copy of the complaint to each of the defendants.

A SUMMONS is a writ used to notify the person named as the defendant of the commencement of the civil action and the requirement to appear and answer. The summons must contain the name of the court and the names of the parties, be directed to the defendant, state the name and address of the plaintiff's attorney, if any, otherwise the plaintiff's address and the time within which the rules require the defendant to answer the complaint.

If a defendant has not "waived service of summons" OR you are suing a government (federal, state, local, foreign) YOU MUST ARRANGE to have a copy of an original summons and a copy of the complaint served upon each defendant.

You must complete a summons for each defendant and present each summons to the Clerk who will sign and place the court seal on each summons. A copy of the summons must be served upon each defendant with a copy of the complaint. The original summons should be kept by the person making service.

You can make service of process by having a "disinterested" person who is over the age of eighteen deliver copies of the SUMMONS and COMPLAINT to each of the defendants. When using this method of making service of process, have the server fill out the back of the original SUMMONS, and send it to the court. See Rule 4, Federal Rules of Civil Procedure.

If you have filed an Application to Proceed Without Prepayment of Fees and it has been allowed by a Judge, service of process will be made upon each defendant, without cost to you, by the United States Marshal. **However, you are responsible for completing all of the forms required by the Marshal for service.** You will receive instructions on this matter from the PRO SE Clerk after the Judge has approved your application.

If you have filed a petition under 28 U.S.C. §2254 for writ of habeas corpus by a person in state custody or a motion under 28 U.S.C. §2255 to vacate, set aside, or correct sentence by a person in federal custody, an order will be issued by the Court concerning service upon the respondents. No Summons are issued in these types of cases.

NOTE: Service of the SUMMONS and COMPLAINT on the defendant must be made within 120 days from the date the complaint was filed or the case will be subject to dismissal. See Rule 4(m), Federal Rules of Civil Procedure.

For more information, read Rule 4 of the Federal Rules of Civil Procedure or contact the PRO SE Clerk.

## THINGS YOU SHOULD KNOW ABOUT

**The ANSWER** is the formal written statement by the defendant responding to a complaint setting forth any defenses and objections to the claims by the plaintiff.

**A MOTION** is an application or request made to the court for the purpose of obtaining a ruling or order directing some act to be done in favor of the applicant. See Rule 7(b), Federal Rules of Civil Procedure and Local Rule 7.1.

**IF YOU CANNOT AFFORD AN ATTORNEY,** you may make a written motion asking the court to appoint an attorney for you.  Use the same heading that you used on your COMPLAINT, but entitle the document "Motion for Appointment of Counsel".  In your motion, provide the court with your financial status, your attempts, if any, to find a lawyer, and any other information which would be helpful to the court in determining whether a lawyer should be appointed for you.  **The Court is not required to appoint an attorney,** but may request an attorney who has indicated a willingness to accept such cases on a pro bono basis to represent you.  See Title 28 U.S.C. §1915.

## AFTER THE ANSWER

In most cases the Court will issue a SCHEDULING ORDER which sets forth a timetable with deadlines the litigants must follow.

The DISCOVERY PERIOD is the time frame allowed by the court for both plaintiff and defendant to discover facts, research the law, and gather evidence to be presented at trial to prove the litigant's position/case. See Local Rules 26.1 through 26.6 and 33.1 through 37.1. The Discovery period always comes after the filing of the answer by the defendant, and before the 1st day of the trial.

Whenever you file a document with the court, **you must always:**

1.    Send a copy to each of the parties, or their lawyers, who are involved in the case and indicate at the end of the document that you have done so in accordance with Local Rule 5.2.

2.     Provide the correct civil action number of your case on both the document and
       the front of the envelope in which it is enclosed.

3.     Sign all documents you file with the court. Place the words "PRO SE" after your
       name. Place your address and telephone number on all documents.

The Customer Services Section of the United States District Court Clerk's Office in Boston is located in

Suite 2300, United States Courthouse, 1 Courthouse Way, Boston, MA 02210. Office hours are 8:30 A.M. to

5:00 P.M., Monday through Friday.

For more information, contact the PRO SE Clerk in Boston at (617) 748-9130.

If you are located in the Worcester or Springfield area you may contact one of the divisional offices as

indicated below:

United States District Court          United States District Court
Donohue Federal Building              Federal Building & Courthouse
595 Main Street - Room 502            1550 Main Street
Worcester, MA 01608                   Springfield, MA 01103
(508) 929-9900                        (413) 785-0015

ATTACHMENT 4

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

**SUMMONS IN A CIVIL CASE**

V.

Dont

CASE

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                    DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                        Date                              *Signature of Server*


                        _____
                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**STEP BY STEP**

28 USCS § 1915 (2002)

§ 1915. Proceedings in forma pauperis

(a)     (1) Subject to subsection (b), any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

        (2) A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

        (3) An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith.

(b)     (1) Notwithstanding subsection (a), if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee. The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of--

        (A) the average monthly deposits to the prisoner's account; or

        (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.

        (2) After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $ 10 until the filing fees are paid.

        (3) In no event shall the filing fee collected exceed the amount of fees permitted by statute for the commencement of a civil action or an appeal of a civil action or criminal judgment.

        (4) In no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee.

(c) Upon the filing of an affidavit in accordance with subsections (a) and (b) and the prepayment of any partial filing fee as may be required under subsection (b), the court may direct payment by the United States of the expenses of (1) printing the record on appeal in any civil or criminal case, if such printing is required by the appellate court; (2) preparing a transcript of proceedings before a United States magistrate in any civil or criminal case, if such transcript is required by the district court, in the case of proceedings conducted under section 636(b) of this title or under section 3401(b) of title 18, United States Code; and (3) printing the record on appeal if such printing is required by the appellate court, in the case of proceedings conducted pursuant to section 636(c) of this title. Such expenses shall be paid when authorized by the Director of the Administrative Office of the United States Courts.

(d) The officers of the court shall issue and serve all process, and perform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases.

(e)  (1) The court may request an attorney to represent any person unable to afford counsel.

(2) Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that--
   (A) the allegation of poverty is untrue; or
   (B) the action or appeal--
      (i) is frivolous or malicious;
      (ii) fails to state a claim on which relief may be granted; or
      (iii) seeks monetary relief against a defendant who is immune from such relief.

(f)  (1) Judgment may be rendered for costs at the conclusion of the suit or action as in other proceedings, but the United States shall not be liable for any of the costs thus incurred. If the United States has paid the cost of a stenographic transcript or printed record for the prevailing party, the same shall be taxed in favor of the United States.

(2) (A) If the judgment against a prisoner includes the payment of costs under this subsection, the prisoner shall be required to pay the full amount of the costs ordered.
(B) The prisoner shall be required to make payments for costs under this subsection in the same manner as is provided for filing fees under subsection (a)(2).
(C) In no event shall the costs collected exceed the amount of the costs ordered by the court.

(g)  In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

(h) As used in this section, the term "prisoner" means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program.

HISTORY: (June 25, 1948, ch 646, § 1, 62 Stat. 954; May 24, 1949, ch 139, § 98, 63 Stat. 104; Oct. 31, 1951, ch 655, § 51 (b), (c), 65 Stat. 727; Sept. 21, 1959, Pub.L. 86-320, 73 Stat. 590; Oct. 10, 1979, Pub.L. 96-82, § 6, 93 Stat. 645.) Dec. 1, 1990, Pub.L. 101-650, Title III § 321, 104 Stat. 5117; Apr. 26, 1996, Pub.L. 104-134, Title I § 101 [(a)] [Title VIII, § 804(a), (c)-(e)], 110 Stat. 1321-73, 1321-74, 1321-75; renumbered Title I May 2, 1996, Pub.L. 104-140, § 1(a), 110 Stat. 1327.)

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

28 USCS § 1915A (2002)

§ 1915A. Screening

(a) Screening. The court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity.

(b) Grounds for dismissal. On review, the court shall identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint--

(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or
(2) seeks monetary relief from a defendant who is immune from such relief.

(c) Definition. As used in this section, the term "prisoner" means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program.

HISTORY: (Added Pub.L. 104-134, Title I § 101[(a)] [Title VIII, § 805(a)], April 26, 1996, 110 Stat. 1321-75; renumbered Title I Pub.L. 104-140, § 1(a), May 2, 1996, 110 Stat. 1327.

⌖AO 398 (Rev. 12/93)

## NOTICE OF LAWSUIT AND REQUEST FOR
## WAIVER OF SERVICE OF SUMMONS

ATTACHMENT 7

TO: (A) _____ $\Delta \delta \kappa^{1} \vdash$ _____

as   (B) _____ of (C) _____

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the
(D) _____ District of _____
and has been assigned docket number (E) _____ .

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver
within (F) _____ days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this _____ day of
_____ , _____ .

_____
Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

A—Name of individual defendant (or name of officer or agent of corporate defendant)
B—Title, or other relationship of individual to corporate defendant
C—Name of corporate defendant, if any
D—District
E—Docket number of action
F—Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: _____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of _____ ,
(CAPTION OF ACTION)

which is case number _____ in the United States District Court
(DOCKET NUMBER)

for the _____ District of _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after _____ ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.


_____                    _____
(DATE)                                          (SIGNATURE)

Printed/Typed Name: _____

As _____ of _____
        (TITLE)                              (CORPORATE DEFENDANT)

#### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

❤AO 399                                                                                      (Rev. 10/95)
❡   ❜

## WAIVER OF SERVICE OF SUMMONS                    ATTACHMENT 8

TO: _____
                    (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____ , acknowledge receipt of your request
                    (DEFENDANT NAME)

that I waive service of summons in the action of _____ ,
                                                                (CAPTION OF ACTION)

which is case number _____ in the United States District Court
                                (DOCKET NUMBER)

for the _____ District of _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after _____ ,
                                                                                (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.


_____          _____
            (DATE)                                            (SIGNATURE)

                                        Printed/Typed Name: _____

                                        As _____ of _____
                                                    (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.